JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VDPP, LLC, | Case No. 5:24-cv-00435-JWH-ADSx |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FUNAI CORPORATION, INC., | |
| Defendant. | |

Pursuant to the Scheduling Notice and Order [ECF No. 24] entered on or about September 4, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated:___October 10, 2024___

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-